IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01997-CMA-MJW

MARY LESTER,

Plaintiff,

v.

CITY OF LAFAYETTE, COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Joint Motion for Entry of Stipulate Protective Order as an Order of the Court (docket no. 11) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 11-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: October 9, 2013