**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01997-CMA-MJW

MARY LESTER,

     Plaintiff,

v.

CITY OF LAFAYETTE, COLORADO,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Granting Defendant's Motion for Summary Judgment of

Judge Christine M. Arguello entered on February 27, 2015 it is

     ORDERED that, ORDERED that Defendant's Motion for Summary Judgment

(Doc. # 66) is GRANTED. It is

     FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE. The Final

Trial Preparation Conference set for March 13, 2015, and the five-day Jury Trial set to

commence on March 23, 2015, are VACATED. It is

     FURTHER ORDERED that all other pending motions are DENIED AS MOOT

     FURTHER ORDERED that, there is no just reason for delay of entry of final
judgment in favor of and against .

     Dated at Denver, Colorado this 27th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann
_____

Sandra Hartmann
Deputy Clerk