IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01997-CMA-MJW

MARY LESTER,

Plaintiff,

v.

CITY OF LAFAYETTE, COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay the Date for Payment of Magistrate Judge's Order on Defendant's Motion for Attorneys' Fees and Costs **(Docket No. 97)** is **GRANTED** based on the certificate of conferral stating that Defendant does not oppose the motion.

It is FURTHER ORDERED that Judge Arguello's Order Affirming Magistrate Judge's Order Granting Defendant's Motion for Attorneys' Fees and Costs (Docket No. 92) is STAYED until 15 business days after the Tenth Circuit Court of Appeals rules on the forthcoming appeal in this case.

Date: March 12, 2015